UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

EMILIO ALMONTE                                           CASE NO.  14-13852-RAM
         DEBTOR (S)                                              CHAPTER  13
_____/

**MOTION TO CONVERT CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7**

Pursuant to 11 U.S.C. § 1307(a) and Fed. R. Bankr. P. 1017(f)(3), the above-named Debtor by and through undersigned counsel, requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code on the grounds set forth below.

1. EMILIO ALMONTE ("Debtor") filed a petition under Chapter 13 of the United States Bankruptcy Code on February 19, 2014, as Pro Se.

2. Due to the lack of knowledge, the debtor decided to file a Chapter 13. After the filing of the voluntary petition, the debtor failed to submit all mandatory documentation and schedules to the court in a timely manner.

3. On or about March 4, 2014, the Bankruptcy case was dismissed.

4. On or about June 6, 2014, the Debtor retained Christian S. Diaz, Esq., to continue with the Bankruptcy process.

5. On or about June 11, 2014, the undersigned counsel filed a Motion to Vacate the order dismissing the case.

6. On or about July 24, 2014, the Court granted the Motion to Vacate the order dismissing the bankruptcy. Thus, reopening the case.

7. After detailed review of the debtor's finances and conducting the means test, which has been properly filed in this case, it can be concluded that the debtor will not be able to comply with the payments within a Chapter 13. Therefore, the debtor would obtain proper relief under a Chapter 7 liquidation.

8. This case has not been previously converted.

WHEREFORE, the Debtor, EMILIO ALMONTE, prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served via ECF this 25th day of July 2014, to Nancy K. Neidich, Bankruptcy Trustee at: PO Box 279806, Miramar, Florida 33027 and U.S. Trustee. Office of the US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, Florida 33130.and via the Court's Notice of Electronic Filing on those parties who are registered CM/ECF participants in this case.

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**ALIANZA LAW FIRM**
**Christian S. Diaz, Esq.**
Counsel for the Debtor
14100 Palmetto Frontage Rd
Suite 203
Miami Lakes, FL 33016
Telephone: 305-819-2270
Facsimile: 305- 819-2257
**/s/ Christian S. Diaz**
Florida Bar No: 518131.